## 17257.   ROBERTSON v. THE STATE.

BLOODWORTH, J.   The evidence of the accomplice as to the guilt of the accused was direct and positive, and while the evidence of the accomplice must be corroborated, the extent of the corroboration is entirely for the jury. There being some corroborating testimony, this court will not say that the evidence did not authorize the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 12, 1926.

Conviction of manufacture of liquor; from Murray superior court—Judge Tarver.   February 20, 1926.

*H. H. Anderson,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 698, n. 88; p. 712, n. 30; p. 714, n. 34.

## 17261.   HUTCHINS v. THE STATE.

BROYLES, C. J.   It not appearing from the bill of exceptions and the record that the bill of exceptions was presented to the trial judge within 20 days of the judgment excepted to (the overruling of the defendant's motion for a new trial), this court is without jurisdiction to entertain the case.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of assault and battery; from Early superior court—Judge Yeomans.   January 30, 1926.

*Lowrey Stone,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

Criminal Law, 17 C. J. p. 147, n. 67 (Anno).